IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**RICHARD EARL BARKER** **PLAINTIFF**
a/k/a Michael Robinson

V. CAUSE NO. 3:17-CV-166-CWR-LRA

**BRIAN WATSON, et al.** **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation (R&R) of the United States Magistrate Judge, which was entered on May 7, 2018. Docket No. 37. The R&R states that plaintiff Richard Earl Barker failed to update his address with the Court, which led to him missing an in-person hearing before the Magistrate Judge and not receiving various other motions and orders. The R&R recommends dismissing this case for failure to prosecute.

Barker has not responded to the R&R. That is perhaps understandable; Court staff did not attempt to mail the R&R to a non-working address. But Barker has not updated his address in the intervening two months or otherwise demonstrated interest in pursuing his claims.

The Court concludes that dismissal for failure to prosecute is appropriate for all of the reasons given in the R&R. The R&R is therefore adopted as this Court's own Order, and this case is dismissed without prejudice. A separate Final Judgment will issue this day.

**SO ORDERED**, this the 18th day of July, 2018.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE